1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, MELANIE DELAPAZ
6

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MELANIE DELAPAZ,
12 |         Plaintiff,                    **Case No.: 2:22-cv-08628 JFW (ASx)**
13 |     vs.
14 | THE HIRO AZUMA COMPANY; and           **JOINT STIPULATION FOR**
15 | DOES 1 to 10,                         **DISMISSAL PURSUANT TO**
                                           **FEDERAL RULE OF CIVIL**
16 |         Defendants.                   **PROCEDURE 41(a)(1)(A)(ii)**

17

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendant THE HIRO AZUMA COMPANY; and DOES 1 to 10, stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED:  January 24, 2023        SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: January 24, 2023         Law Office of Rick Morin, PC

By:   */s/ Richard Morin*
      Richard Morin, Esq.
      Attorneys for Defendant
      THE HIRO AZUMA COMPANY

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 24, 2023        By: */s/ Jason J. Kim*
                                    Jason J. Kim